716 A.2d 529

IN THE MATTER OF HARRIS J. RAKOV,
AN ATTORNEY AT LAW.

September 11, 1998.

## ORDER

The Disciplinary Review Board on July 14, 1998, having filed with the Court its decision concluding that **HARRIS J. RAKOV** of **MAHWAH,** who was admitted to the bar of this State in 1969, and who was temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b) effective April 19, 1996, and who remains suspended at this time, should be suspended from the practice of law for a period of two years for his conviction on five counts of attempted income tax evasion, in violation of 26 *U.S.C.A.* 7201, and good cause appearing;

It is ORDERED that **HARRIS J. RAKOV** is hereby suspended from the practice of law for a period of two years, retroactive to April 19, 1996, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.